

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00514-CR

Ramiro **CASTILLO-RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 16-CR-271
The Honorable Martin Chiuminatto, Judge Presiding

## O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on January 28, 2019. *See* TEX. R. APP. P. 38.6(a). Before the extended due date, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on February 27, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court